WILLIAM I. T. FOSDICK, as Assignee of JOSEPH S. MULRONEY, Respondent, *v.* METAL SHELTER COMPANY, INC., Appellant.

Reported below, 178 App. Div. 914.

(Argued January 7, 1918; decided January 9, 1918.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 8, 1917, affirming a judgment in favor of plaintiff entered upon an order of Special Term granting a motion by plaintiff for judgment in his favor upon the pleadings in an action to compel defendant to specifically perform a certain agreement of settlement of certain actions by which defendant agreed to deliver to plaintiff's assignor four promissory notes for $250 each.

The motion was made upon the grounds that final judgment was awarded plaintiff for the reason that defendant failed to amend its answer as permitted by the order of Special Term and that the Court of Appeals was without jurisdiction to entertain the appeal.

*Charles W. Culver* for motion.

*Carroll G. Walter* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements.